**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERNOBY RUSSELL, | ) Case No. CV 15-4158-R (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| W.L. MONTGOMERY, Warden, | ) |
| Respondent. | ) |

   Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

   IT IS HEREBY ADJUDGED that the Petition is denied, Petitioner's request for an evidentiary hearing is denied, and this action is dismissed with prejudice.

DATED: June 20, 2016

_____
MANUEL L. REAL
U.S. DISTRICT JUDGE